No. 77–753. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* DANIEL; and

No. 77–754. LOCAL 705, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. *v.* DANIEL. C. A. 7th Cir. [Certiorari granted, 434 U. S. 1061.] Motion of Securities and Exchange Commission for leave to participate in oral argument as *amicus curiae* granted, and 15 additional minutes allotted for that purpose. Petitioners also allotted 15 additional minutes for oral argument. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* denied.

No. 77–922. CHRYSLER CORP. *v.* BROWN, SECRETARY OF DEFENSE, ET AL. C. A. 3d Cir. [Certiorari granted, 435 U. S. 914.] Motion of Federation of American Hospitals for leave to file a brief as *amicus curiae* denied.

No. 77–961. NEW YORK TELEPHONE CO. ET AL. *v.* NEW YORK STATE DEPARTMENT OF LABOR ET AL. C. A. 2d Cir. [Certiorari granted, 435 U. S. 941.] Motion of National Lawyers Guild for leave to file a brief as *amicus curiae* granted.

No. 77–1105. HERBERT *v.* LANDO ET AL. C. A. 2d Cir. [Certiorari granted, 435 U. S. 922.] Motion of Time Inc. for leave to file a brief as *amicus curiae* denied.

No. 77–1255. ANDERS, SOLICITOR OF RICHLAND COUNTY *v.* FLOYD. Appeal from D. C. S. C. Motion of Alan Ernest to be appointed counsel or guardian *ad litem* for unborn children denied.

No. 77–6067. DUREN *v.* MISSOURI. Sup. Ct. Mo. [Certiorari granted, 435 U. S. 1006.] Motion of petitioner for divided argument granted.

No. 78–238. DICK *v.* UNITED STATES. Motion for leave to file petition for writ of prohibition denied.